148 A.3d 743

GERARD WARD, ET, AL., PLAINTIFFS, v. PRUDENTIAL IN-SURANCE COMPANY OF AMERICA, A DIVISION OF PRU-DENTIAL FINANCIAL INC., DEFENDANT, AND PORT AU-THORITY POLICE BENEVOLENT ASSOCIATION, INC., PORT AUTHORITY DETECTIVES ENDOWMENT ASSOCIA-TION, PORT AUTHORITY SERGEANTS BENEVOLENT ASSO-CIATION, PORT AUTHORITY LIEUTENANTS BENEVOLENT ASSOCIATION AND GASPAR J. DANESE, INDIVIDUALLY AND AS PRESIDENT OF PORT AUTHORITY POLICE BE-NEVOLENT ASSOCIATION INC., DEFENDANTS-RESPON-DENTS.IN THE MATTER OF TRUJILLO RODRIGUEZ & RICHARDS, L.L.C., APPELLANT-PETITIONER.

Filed July 26, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004647-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.